AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ELAINE L. CHAO,
Secretary of Labor,
United States Department of Labor,

      Plaintiff,

V.

TERRY MANUFACTURING COMPANY INC.,
ROY TERRY, RUDOLPH TERRY and
TERRY MANUFACTURING COMPANY,
INC. 401(k) PROFIT SHARING PLAN,

      Defendants.

**SUMMONS IN A CIVIL CASE**

3:05CV764-F

TO: (Name and address of Defendant)

Terry Manufacturing Company, Inc.
c/o Les Alexander, AEA Group, LLC
2 20th Street North
Birmingham, AL 35203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Stanley E. Keen
Regional Solicitor
Office of the Solicitor
U. S. Department of Labor
61 Forsyth Street, S.W., Room 7T10
Atlanta, GA 30303

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

8/11/05

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ELAINE L. CHAO,
Secretary of Labor,
United States Department of Labor,

      Plaintiff,

V.

TERRY MANUFACTURING COMPANY INC.,
ROY TERRY, RUDOLPH TERRY and
TERRY MANUFACTURING COMPANY,
INC. 401(k) PROFIT SHARING PLAN,

      Defendants.

**SUMMONS IN A CIVIL CASE**

3:05cv764-F

TO: (Name and address of Defendant)

Roy Terry
902 Crestwood Drive
Roanoke, AL 36274-7224

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Stanley E. Keen
Regional Solicitor
Office of the Solicitor
U. S. Department of Labor
61 Forsyth Street, S.W., Room 7T10
Atlanta, GA 30303

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_               8/11/05
CLERK                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ELAINE L. CHAO,
Secretary of Labor,
United States Department of Labor,

    Plaintiff,

V.

TERRY MANUFACTURING COMPANY INC.,
ROY TERRY, RUDOLPH TERRY and
TERRY MANUFACTURING COMPANY,
INC. 401(k) PROFIT SHARING PLAN,

    Defendants.

**SUMMONS IN A CIVIL CASE**

3:05cv764-F

TO: (Name and address of Defendant)

Rudolph Terry
1785 Loch Lomand Terrace
Atlanta, GA 30332

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Stanley E. Keen
Regional Solicitor
Office of the Solicitor
U. S. Department of Labor
61 Forsyth Street, S.W., Room 7T10
Atlanta, GA 30303

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE  8/11/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ELAINE L. CHAO,
 Secretary of Labor,
 United States Department of Labor,

    Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

3:05CV764-F

TERRY MANUFACTURING COMPANY INC.,
ROY TERRY, RUDOLPH TERRY and
TERRY MANUFACTURING COMPANY,
INC. 401(k) PROFIT SHARING PLAN,

    Defendants.

TO: (Name and address of Defendant)

Terry Manufacturing Company, Inc. 401(k) Profit Sharing Plan
c/o M. Larry Lefoldt, Lefoldt & Company, P.A.
P.O. Box 2848
Ridgeland, MS 39158

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Stanley E. Keen
Regional Solicitor
Office of the Solicitor
U. S. Department of Labor
61 Forsyth Street, S.W., Room 7T10
Atlanta, GA 30303

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE 8/11/05