IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:05-cv-764-F |
| | ) | |
| TERRY MANUFACTURING CO., | ) | |
| ET AL, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 16th day of August, 2005.

                                           /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE