| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Larry Tu_ ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>LARRY TURNER    8/12/05 |
| 1. Article Addressed to:<br><br>PC 1304<br><br>Roy Terry<br>~~902 Crestwood Drive~~<br>Roanoke, AL 36274-7224 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:05CV764-F<br>S+C    20<br><br>3a. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (Transfer from _ ) | 7005 1160 0001 3017 3980 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540