**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* ☐ Agent ☐ Addressee

B. Received by (Printed Name)
*[illegible]*

C. Date of Delivery
8/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Terry Manufacturing Co, Inc. 401(k) Profit Sharing Plan
c/o M. Larry Lefoldt, Lefoldt & Co., P.A.
P.O. Box 2848
Ridgeland, MS 39158

3:05CV764-F S+C

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 3017 4000

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540