**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** ) | |
| **United State Department of Labor,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NO.: 3:05-CV-764-F** |
| **TERRY MANUFACTURING COMPANY,** ) | |
| **INC., ROY TERRY, RUDOLPH TERRY** ) | |
| **and TERRY MANUFACTURING** ) | |
| **COMPANY, INC. 401(k) PROFIT** ) | |
| **SHARING PLAN,,** ) | |
| ) | |
| **Defendants.** ) | |

**ANSWER OF DEFENDANT RUDOLPH TERRY**

Defendant Rudolph Terry (hereinafter "Defendant") answers Plaintiff's complaint as follows:

**FIRST DEFENSE**

In response to each separately numbered paragraph of Plaintiff's Complaint, Defendant states as follows:

1. Defendant admits that Plaintiff brings this cause of action under the Employee Retirement Income Security Act of 1974 ("ERISA") for injunctive and monetary relief. All remaining allegations of paragraph 1 of the Complaint are denied.

2. Defendant admits the allegations of paragraph 2 of the Complaint.

3. Venue is not contested.

4. Upon information and belief Defendant admits Defendant the Terry Manufacturing Company, Inc. 401(k) Profit Sharing Plan ("the Plan") is an employee benefit plan under ERISA. Defendant is without sufficient information to admit or deny the remaining allegations of paragraph 4 of the Complaint and thus denies the same.

5. Defendant admits Defendant Terry Manufacturing Company, Inc. was an Alabama corporation. Defendant is without sufficient knowledge to admit or deny the remaining allegations of paragraph 5 of the Complaint and thus denies the same.

6. Upon information and belief Defendant admits that Defendant Roy Terry was a named fiduciary of the Plan. Defendant is without sufficient knowledge to admit or deny the remaining allegations of paragraph 6 of the Complaint and thus denies the same.

7. Defendant admits he was a named fiduciary of the Plan.

8. Defendant admits the allegations of paragraph 8 of the Complaint.

9. Defendant admits the allegations of paragraph 9 of the Complaint.

10. Defendant states that 29 C.F.R. § 2510.3-102 speaks for itself. All remaining allegations of paragraph 10 of the Complaint are denied.

11. Defendant denies the allegations of paragraph 11 of the Complaint.

12. Defendant denies the allegations of paragraph 12 of the Complaint.

13. Defendant denies the allegations of paragraph 13 of the Complaint.

14. Defendant denies the allegations of paragraph 14 of the Complaint.

15. Defendant denies the allegations of paragraph 15 of the Complaint.

16. Defendant denies the allegations of paragraph 16 of the Complaint.

17. Defendant denies the allegations of paragraph 17 of the Complaint and denies Plaintiff is entitled to relief of any kind from Defendant.

18. To the extent not expressly admitted herein Defendant denies all remaining allegations of the Complaint.

## SECOND DEFENSE

In discharging his fiduciary duties, Defendant acted solely in the interest of the Plan participants and beneficiaries.

## THIRD DEFENSE

Defendant did not breach his fiduciary duties.

## FOURTH DEFENSE

Defendant the Plan is due to be realigned in this action as a party Plaintiff.

## FIFTH DEFENSE

If any Plan participants experienced a loss, the loss did not result from a breach of fiduciary duty by Defendant.

s/John W. Hargrove
John W. Hargrove
Bar No.:  ASB-6328-H51J

s/Stacey T. Bradford
Stacey T. Bradford
Bar No.:  ASB-6523-U84S
Attorneys for Defendant Rudolph Terry
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203
Phone:  (205) 521-8000
Fax:  (205) 521-8800
jhargrove@bradleyarant.com
sbradford@bradleyarant.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas C. Shanahan, Esq.
Department of Labor/SOL
Room 7-T10
61 Forsyth Street S.W.
Atlanta, Georgia 30303

Robert T. Meadows, III
Henry H. Hutchinson
Capell & Howard, P.C.
Opelika, Alabama 36803

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Roy D. Terry
P.O. Box 1294
Roanoke, Alabama 36274

W. Dennis Schilling, Esq.
Counsel for Les Alexander, Chapter 7 Trustee
 of Terry Manufacturing Company, Inc.
P.O. Box 55147
Birmingham, AL 35255-5147

                                            s/Stacey T. Bradford
                                              OF COUNSEL