IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Elaine L. Chao, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:05cv0764-MEF |
| | ) |
| Terry Manufacturing Company, Inc., et al., | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that this court's order (Doc. 3) dated August 16, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

                                            /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE