UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

```
ELAINE L. CHAO,                     )
Secretary of Labor,                 )       FILE NO.
United States Department of Labor,  )
                                    )       3:05-CV-764-F
            Plaintiff,              )
                                    )
      v.                            )
                                    )
TERRY MFG. CO., INC., et al.,       )
                                    )
            Defendants.             )
```

**MOTION FOR ENTRY OF CONSENT JUDGMENT AND ORDER**

The Secretary of Labor, United States Department of Labor ("the Secretary") respectfully requests that the Court enter the proposed Consent Judgment and Order ("Proposed Order") attached hereto as Exhibit A.

The Proposed Order resolves all issues between the Secretary and all Defendants. The Secretary and Defendants Terry Manufacturing Company, Inc., Roy Terry, Rudolph Terry and Terry Manufacturing Company, Inc. 401(k) Plan have indicated their agreement by signing the Proposed Order.

WHEREFORE, the Secretary requests that her motion be granted.

ADDRESS:                              HOWARD M. RADZELY
                                      Solicitor of Labor
Office of the Solicitor

| | |
|---|---|
| U. S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA  30303<br><br>Telephone:<br> (404) 562-2057<br> (404) 562-2073 (FAX)<br><br>SOL Case No. 05-30067 | STANLEY E. KEEN<br>Regional Solicitor<br><br>/s/Thomas C. Shanahan<br>　　THOMAS C. SHANAHAN<br>　　Counsel<br><br>Office of the Solicitor<br>U. S. Department of Labor<br>Attorneys for Plaintiff. |

```
            UNITED STATES DISTRICT COURT

             MIDDLE DISTRICT OF ALABAMA

                   EASTERN DIVISION
```

| | | |
|---|---|---|
| ELAINE L. CHAO, | ) | |
| Secretary of Labor, | ) | FILE NO. |
| United States Department of Labor, | ) | |
| | ) | 3:05-CV-764-F |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY MFG. CO., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I certify that I electronically filed this 24th day of January, 2006, a Motion for Entry of Consent Judgment and Order with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the following attorneys:

| | |
|---|---|
| Stacey T. Bradford: | sbradford@bradleyarant.com |
| Christopher A. Mixon: | christopher.mixon@ogletreedeakins.com |
| Henry H. Hutchinson: | hh@chlaw.com |
| John William Hargrove: | jhargrove@bradleyarant.com |
| Robert T. Meadows, III: | rtm@chlaw.com |
| | krista@chlaw.com |
| | roxie@chlaw.com |
| James Pennington: | james.pennington@ogletreedeakins.com |
| Thomas Spitaletto: | SpitalettoT@WEMED.COM |
| Lewis Page: | lewis.page@pagelaw.com |

     I hereby certify that the following non CM/ECF participant was served by United States Postal Service:

          Roy E. Terry
          P.O. Box 1304
          Roanoke, AL  36274

          By:_____
             THOMAS C. SHANAHAN
             Counsel

Office of the Solicitor
U.S. Department of Labor
61 Forsyth Street, S.W.
Suite 7T10
Atlanta, GA  30303
(404) 562-2057
(404) 562-2073 (FAX)
shanahan.thomas@dol.gov